COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-02-398-CV

BELEW, BROCK & BELEW, L.L.P. APPELLANTS

AND PAUL G. BELEW, BOTH 

INDIVIDUALLY, AND ON BEHALF OF 

ALL OTHERS SIMILARLY SITUATED 

V.

PACE REALTY CORPORATION, APPELLEES

MDC-PARK CREEK RESIDENCES 

DEVELOPMENT CORPORATION, 

AS GENERAL PARTNER FOR 

MDC-PARK CREEK RESIDENCES, LTD. 

AND AMERICAN BLAST FAX, INC.

----------

FROM THE 236
TH
 DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered “Appellants' Amended Motion To Dismiss Appeal.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue.  
See
 
Tex. R. App. P
. 42.1(d).

PER CURIAM

PANEL D: CAYCE, C.J.; DAY and LIVINGSTON, JJ.

DELIVERED: July 17, 2003

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.